FILED
07 AUG 23 PM 4:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name Bailey Larry E.
(Last) (First) (Initial)

Prisoner Number E-12046

Institutional Address Centinela state Prison
Facility "C" Bldg #2-135 P.O. Box 921 Imperial CA. 92251

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

E-filing

Larry Edward Bailey
(Enter the full name of plaintiff in this action.)

vs.

~~Larry Edward Bailey~~
V. M. Almager
(Warden)

(Enter the full name of respondent(s) or jailor in this action)

Case No. C 07 4373
(To be provided by the clerk of court)

SBA

**PETITION FOR A WRIT OF HABEAS CORPUS**

(PR)

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

(a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

Sacramento County Superior Court, Sacramento
Court Location

(b) Case number, if known 95 F06199

(c) Date and terms of sentence Feb, 1996 56 yrs. to life

(d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes X No ____

Where?

Name of Institution: Centinela State Prison

Address: Fac. "C" Bldg. #Z-135. P.O. Box 921 Imperial Ca. 92251

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

P.C. 459, 2nd degree Burglary

3. Did you have any of the following?

Arraignment: Yes X No ____

Preliminary Hearing: Yes X No ____

Motion to Suppress: Yes X No ____

4. How did you plead?

Guilty ____ Not Guilty ____ Nolo Contendere ____

Any other plea (specify) ____________________

5. If you went to trial, what kind of trial did you have?

Jury X Judge alone____ Judge alone on a transcript ____

6. Did you testify at your trial? Yes ____ No X

7. Did you have an attorney at the following proceedings:

(a) Arraignment Yes X No ____

(b) Preliminary hearing Yes X No ____

(c) Time of plea Yes X No ____

(d) Trial Yes X No ____

(e) Sentencing Yes X No ____

(f) Appeal Yes X No ____

(g) Other post-conviction proceeding Yes X No ____

8. Did you appeal your conviction? Yes ____ No ____

(a) If you did, to what court(s) did you appeal?

Court of Appeal Yes X No ____

Year: 1995 Result: denied

Supreme Court of California Yes X No ____

Year: 1998 Result: Court had lost jurisdiction

Any other court Yes X No ____

Year: 2000 Result: denied

(b) If you appealed, were the grounds the same as those that you are raising in this

petition? Yes ____ No X

(c) Was there an opinion? Yes ____ No X

(d) Did you seek permission to file a late appeal under Rule 31(a)?

Yes ____ No X

If you did, give the name of the court and the result:

______________________________

______________________________

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal? Yes X No____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court: ______________________________

Type of Proceeding: ______________________________

Grounds raised (Be brief but specific):

a.______________________________

b.______________________________

c.______________________________

d.______________________________

Result: ______________________________ Date of Result:__________

II. Name of Court: ______________________________

Type of Proceeding: ______________________________

Grounds raised (Be brief but specific):

a.________________________________________

b.________________________________________

c.________________________________________

d.________________________________________

Result: ______________________ Date of Result:________

III. Name of Court: ________________________________

Type of Proceeding: ______________________________

Grounds raised (Be brief but specific):

a.________________________________________

b.________________________________________

c.________________________________________

d.________________________________________

Result: ______________________ Date of Result:________

IV. Name of Court: ________________________________

Type of Proceeding: ______________________________

Grounds raised (Be brief but specific):

a.________________________________________

b.________________________________________

c.________________________________________

d.________________________________________

Result: ______________________ Date of Result:________

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes ____ No X

Name and location of court: ______________________________

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

need more space. Answer the same questions for each claim.

[Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: altered documents for three strikes purposes. see attach exhibit "A," labled claim one

Supporting Facts: see attach exhibit "B," labled Supporting Facts for claim one. Exhibit one through five.

Claim Two: ______

Supporting Facts: ______

Claim Three: ______

Supporting Facts: ______

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

(claim one).. the information stated in this petition was only known to the plaintiff, since 3-23-2007

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

Conviction obtained on a factual Basis different than as charged. Due Process Russell V. U.S. 369 U.S. 749 (1962)

Do you have an attorney for this petition? Yes____ No X

If you do, give the name and address of your attorney:

________________________________________________

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on 8-15-07
Date

[signature]
Signature of Petitioner

(Rev. 6/02)

Larry E. Baily/E-12046
~~P.O. BOX 1050/C3-129~~
~~Soledad, CA 93960~~

~~April 16, 2007~~
Aug. 13th, 2007

RE: Altered Documents for Three Strikes purposes Exhibit "A"... Claim One

Attn: Staff,

I am an inmate here at ~~Salinas Valley State Prison~~ Centinela State Prison. I would like to ask you a few questions. If you don't mind answering them for me it would be a big help to me.

First of all, I am a 3-striker for two counts of petty theft. One on 6/20/95 and the other on 7/21/95. I was sentenced in 1996 to a term of 58 years to life. In 1997 the Romero decision came down. I went back to court so the judge could use discretion to drop one of my strikes for mitigating my sentence to 85 percent rather than a life sentence. Subsequently, the judge refused to use any discretion, with the exception of taking off two years, and I came back to prison with a 56 year to life sentence. To this date, I've been down 12 years.

Here, I'm inquiring as to whether I can file some sort of motion for reconsideration and, or a hearing to have one of my strikes stricken. Such motion will be based on the enclosed information. In which I just obtained most of it on 3/23/07.

Not only does it appear that state officials have indulged in forging documents, but they further used these documents to strike me out. The documents (citations) shows that information was illegally added 22 days after I signed the citation, etc.

Also, judge Regan, in Dept. "C" had illegally changed the description of my crime and illegally wrote the registry number on the original citation weeks after I signed the citation.

I am optimistic that the enclosed information will ultimate in me receiving your professional assistance. Any assistance you can provide regarding this matter will be greatly appreciated. I thank you in advance.

Yours Truly,

Mr. Baily

Exhibit "B" Supporting Facts For Claim ONE
Exhibit ONE through FIVE

On June 20th, 1995, time: 1320; day of week, Monday, I was cited to appear in court for a misdemeanor petty theft 484 P.C. citation (1566709). July 12th, 1995 was the date I was to appear on the citation.

On July 21, 1995 I was arrested for a 666 of the P.C., petty theft, rpiors petty theft, a 459 P.C. burglary, and a 182 P.C. conspiracy. I was booked, fingerprinted and placed in the Sacramento County Jail on July 21,1995.

Unknown to me whatsoever, on July 12, 1995 my misdemeanor case of June 20th, 1995, citation No. 1566709 went before Judge Regan in Dept. "C." He took it upon himself to change the description of my citation from a 484 P.C. petty theft, to a 666 P.C. which is a felony. I, nor my attorney were at that proceeding.

Furthermore, judge Regan changed the registry number from its original to 0713553501 and then placed this illegal number on the original citation that I had signed on July 20,1995. At the time I signed the citation,number 0713553501,was not on the citation, nor was P.C. 666 on the citation. Moreover, if the records are checked you will find that i was never charged with a violation of P.C. 666 on July 20,1995 nor booked, fingerprinted, charged or placed in jail for such charges on that date. The only legitimate arrest for such crime was July 21,1995, in which I was arrested, booked, fingerprinted and placed in the Sacramento County Jail.

I am still, after 12 years, bewildered as to how a judge, or any one else could be allowed to change the description of a crime from a misdemeanor to a felony, the registry number, and place that number on the original citation after I signed it, without my knowledge and without my presents in court during those court proceedings.

By law, when the alleged cited person does not show up to an appointed court date, a bench warrant is issued for that person for failure to appear. suspiciously, no such warrant was issued in this case.

I Thank you for taking the time out to read this letter/inquiry. Enclosed, please find copies of the following:

1. The original copy of the citation I received on June 20, 1995. (EH.A.)

2. The original copy of my inmate booking information receipt I received on July 21,1995 when I was arrested for P.C. 666. (EH.B.)

3. A copy of the "No Complaint Filed Cover Sheet," dated 7/12/95, when judge Reagan changed my misdemeanor to a felony without me nor my attorney present. Accordingly, he should have issued a warrant for my arrest for not allegedly not appearing. (EH.C.)

4. A copy of the original citation I received and signed prior to someone adding erroneous numbers (713553501) within the middle of the citation,dated 6/20/95. Moreover, No. A01802536 was added at the bottom of the citation after I originally signed it.(EH.D.)

5. A letter confirming that I received a correct copy of the original on file in the Sacramento Superior Court file. Attest certified date of 3/23/2007. (EH.E.)

*Exhibit #1*

CITY OF SACRAMENTO POLICE DEPARTMENT

☐ NON TRAFFIC
☐ TRAFFIC
~~☐ MISDEMEANOR~~
☐ ACCIDENT

☒ ADULT
☐ JUVENILE

No. 1566709

CITATION FORM
**NOTICE TO APPEAR**

(1) REPORT NO. 95-51391

(2) DATE 2-20-95 | (3) TIME 1320 | (4) DAY OF WEEK Mon | (5) SPD NUMBER

(6) NAME (FIRST, MIDDLE, LAST) Larry Edward Bailey

(7) RESIDENCE ADDRESS CITY STATE / ZIP

(8) BUSINESS ADDRESS / NAME OF SCHOOL IF JUVENILE CITY STATE / ZIP

(9) DRIVER LICENSE NO. | (10) STATE CA | (11) CLASS | (12) BIRTHDATE | (13) ☐ JUVENILE (TEL NO.)

(14) SEX M F | (15) HAIR Blk | (16) EYES Brn | (17) HEIGHT | (18) WEIGHT | (19) RACE | (20) AGE 45

(21) VEHICLE LICENSE NO. | (22) STATE | (23) EXP DATE | ☐ C.V. (V.C. 15210b)

(25) YR OF VEH | (26) MAKE | (27) MODEL | (28) BODY STYLE | (29) COLOR | ☐ H.M. (V.C. 353)

(31) REGISTERED OWNER OR LESSEE (FIRST, MIDDLE, LAST) ☐ PARENT/GUARDIAN (JUVENILE-MISDEMEANOR) ☐ SAME AS DRIVER ☐ SAME AS DRIVER

ADDRESS

CITY STATE ZIP CODE

(32) EVIDENCE OF FINANCIAL RESPONSIBILITY

(33) ELIGIBLE FOR DISMISSAL (V.C. 40610) ☒ BOOKING REQUIRED

| YES | NO | VIOLATION(S) | CODE | DESCRIPTION | PARKING BAIL $ |
|---|---|---|---|---|---|
| ☐ | ☐ | 484 P.C. | | Petty theft | |
| ☐ | ☐ | | | (Shoplifting) | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

(34) APPROX. | RADAR | PF/MAX | SAFE | VEH. LMT. | (35) DIRECTION OF TRAVEL | (36) CRIME CODE

(37) CITIZENS ARREST ☐ YES ☐ NO

(38) COUNTY REFERENCE NO. | (39) ☐ CONT. FORM ISSUED

(41) COMMENTS: (WEATHER, ROAD AND TRAFFIC CONDITIONS)

(42) ☒ VIOLATION(S) NOT COMMITTED IN MY PRESENCE, DECLARED ON INFORMATION AND BELIEF.

(43) ☒ I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT. | (44) BADGE

ISSUING OFFICER [signature]

(45) NAME OF ARRESTING OFFICER IF DIFFERENT FROM ABOVE | (46) BADGE

(47) WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.

X SIGNATURE [signature]

RIGHT THUMB PRINT

ADULT

(48) ☐ TRAFFIC-WITHIN 21 DAYS OF CITATION — COMPLIANCE DATE — CLERK, MUNICIPAL COURT, 301 BICENTENNIAL CIRCLE ROOM 100 SACRAMENTO, CA 95826-2701 HOURS 8 AM - 4:30 PM M-F AND MONDAY NIGHTS 5 PM - 8 PM 366-7100

(49) ☒ MISDEMEANOR- AT 8:30 A.M. ON THE 12 DAY OF July 19 95 IN DEPT. A, MUNICIPAL COURT, 720 9TH STREET, SACRAMENTO, CA 440-5744

JUVENILE

(50) ☐ TRAFFIC- YOU WILL BE NOTIFIED BY THE JUVENILE TRAFFIC COURT BY LETTER WHEN TO APPEAR. THEY WILL CONTACT YOU. DO NOT CONTACT THEM.

(51) ☐ MISDEMEANOR- YOU WILL BE NOTIFIED BY THE JUVENILE COURT DEPARTMENT BY LETTER WHEN TO APPEAR. THEY WILL CONTACT YOU. DO NOT CONTACT THEM.

SPD 109 (REV. 3-93)

**SEE REVERSE SIDE FOR INSTRUCTIONS**

ORIGINAL

FORM APPROVED BY JUDICIAL COUNCIL OF CALIFORNIA REV. 1-1-90 V.C. 40500, 40513(b), 40522 P.C. 853.9

*Exhibit #2*

```
*******************************************************************************
* REPORT-JIPR3M        SACRAMENTO COUNTY SHERIFF'S DEPARTMENT          PAGE 1   *
*                        INMATE BOOKING INFORMATION RECEIPT                     *
* DATE- 07/22/1995                                                              *
                                                                   TIME- 04:56 *
*******************************************************************************
```

NAME- BAILEY, LARRY EDWARD
XREF- 0100951
ADDR.- 2635 ALHAMBRA BL SACRAMENTO CA 95817
DOB.- 04/20/50 POB.- SAN DIEGO CA
VEHICLE DISPO.-

ARREST INFORMATION:

DATE- 07/21/95 TIME- 16:25 AGENCY- CA0340000 SACRAMENTO COUNTY SHERIFF'S DE
LOCATION- 6180 SUNRISE / GREENBACK

BOOKINGS:

1) REGISTRY NUMBER- 07159391 01
WARRANT NBR.- LEA.-
DATE- 07/21/1995 TIME- 21:33 TYPE- PICKUP (FRESH ARREST)
BAIL AMOUNT- NO BAIL

| CODE | SECTION | DESCRIPTION | SEVERITY | COUNT |
|---|---|---|---|---|
| PC | 666 | PETTY THEFT/PRIORS PETTY THEFT,GRAND THE | FEL | 01 |
| PC | 459 | BURGLARY | FEL | 01 |
| PC | 182 | CONSPIRACY | FEL | 01 |

CASES:
NONE

OUTSTANDING WARRANTS:
NONE

OUTSTANDING HOLDS:

1) REGISTRY NBR.- 07159391 02 TYPE- PAROLE HOLD STATUS- ABEY
HOLDING LEA- BOARD OF PRISON TERMS BAIL AMOUNT- NO BAIL

| CODE | SECTION | DESCRIPTION | SEVERITY | COUNT |
|---|---|---|---|---|
| PC | 3056 | VIOLATION OF PAROLE | | |

BAIL STATUS: BAIL RELEASE NOT ALLOWED

Exhibit #3

# SACRAMENTO SUPERIOR AND MUNICIPAL COURTS

## NO COMPLAINT FILED COVER SHEET

| DEFENDANT NAME | REGISTRY NUMBER | X-REF NUMBER |
|---|---|---|
| BAILEY, LARRY EDWARD | 0713553501 | 100951 |

| RELEASE STATUS | SECTION(S) VIOLATED |
|---|---|
| ☐ BAIL   BAIL AMOUNT: $ ______<br>☐ O.R   ☐ CASH<br>☒ 853.6   ☐ BOND # ______ | 666 PC<br>~~PC 484~~ VIOL 062095 |

| PROSECUTOR | DEFENSE ATTORNEY |
|---|---|
| | |

| DATE | JUDGE | DEPT. | PROCEEDINGS |
|---|---|---|---|
| 071295 | REGAN | C | File Felony Compl. |
| | | | & Pres. Cont 7/19/95 |
| | | | 11am '2' |
| 7-19-95 | Ridgeway | Dir 6925<br>2 | Felony Compl filed ✓<br>✓ DEFT. ARRAIGN., ✓ INF. OF RTS., ___ ICDP ✓ PD APPOINTED<br>✓ ADVISED RE: REPAYMENT OF APPT. ATTY. FEES PURS. TO 987.8PC<br>✓ COPY DELV'D., ___ BAIL REVIEWED PURS. TO 1270.2 PC<br>✓ CONT. ✓ F/P ___ SCR ___ PNC 7-27-95 8:30 DEPT. 99<br>& Bail Review & OTA (OR) |
| | | | at court's request<br>DEFT REQUEST FOR O/R: ✓ GTD ___ DENIED |
| | | | Assgnd case #95F 06199 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

EXHIBIT 4

CITY OF SACRAMENTO POLICE DEPARTMENT

CITATION FORM

NOTICE TO APPEAR

☐ NON TRAFFIC ☐ TRAFFIC ☒ MISDEMEANOR ☐ ACCIDENT

☒ ADULT ☐ JUVENILE

1566709

REPORT NO. 95-51391

DATE 6-20-95 TIME 1320 DAY OF WEEK TUES SPD NUMBER

NAME (FIRST, MIDDLE, LAST) Larry Bowman Bailey

RESIDENCE ADDRESS 2635 Alhambra Bl #2 CITY Sac STATE / ZIP Ca

BUSINESS ADDRESS / NAME OF SCHOOL IF JUVENILE CITY STATE / ZIP

DRIVER LICENSE NO. STATE CA CLASS BIRTHDATE JUVENILE (TEL NO.)

SEX M HAIR Blk EYES Brn HEIGHT 5-7 WEIGHT 185 RACE Blk AGE 45

VEHICLE LICENSE NO. STATE EXP DATE C.V. (V.C. 15210b)

YR OF VEH MAKE MODEL BODY STYLE COLOR H.M. (V.C. 353)

REGISTERED OWNER OR LESSEE (FIRST, MIDDLE, LAST) ☐ PARENT/GUARDIAN (JUVENILE-MISDEMEANOR) ☐ SAME AS DRIVER

ADDRESS ☐ SAME AS DRIVER

CITY STATE ZIP CODE

EVIDENCE OF FINANCIAL RESPONSIBILITY

ELIGIBLE FOR DISMISSAL (V.C. 40610) ☒ BOOKING REQUIRED

| YES | NO | VIOLATION(S) | CODE | DESCRIPTION | PARKING BAIL $ |
|---|---|---|---|---|---|
| ☐ | ☐ | 484 P.C. | | Petty theft | |
| ☐ | ☐ | | | (Shoplifting) | |
| ☐ | ☐ | 7135535-01 | | | |

| SPEEDS | APPROX. | RADAR | PF/MAX | SAFE | VEH. LMT. | DIRECTION OF TRAVEL | CRIME CODE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

LOCATION OF VIOLATION(S) 5960 Florin COUNTY REFERENCE NO. 100751 CITIZEN'S ARREST ☐ YES ☐ NO

COMMENTS: (WEATHER, ROAD AND TRAFFIC CONDITIONS) ☐ CONT. FORM ISSUED

☒ VIOLATION(S) NOT COMMITTED IN MY PRESENCE, DECLARED ON INFORMATION AND BELIEF.

☒ I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT. BADGE

ISSUING OFFICER

NAME OF ARRESTING OFFICER IF DIFFERENT FROM ABOVE BADGE

RIGHT THUMB PRINT

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.

X SIGNATURE Larry B. Bailey

ADULT

☐ TRAFFIC-WITHIN 21 DAYS OF CITATION COMPLIANCE DATE — CLERK MUNICIPAL COURT, 301 BICENTENNIAL CIRCLE ROOM 100 SACRAMENTO, CA 95826-2701 HOURS 8 AM - 4:30 PM M-F AND MONDAY NIGHTS 5 PM - 8 PM 386-7100

☒ MISDEMEANOR- AT 8:30 A.M. ON THE 12 DAY OF July 19 95 IN DEPT. A, MUNICIPAL COURT, 720 9TH STREET, SACRAMENTO, CA 440-5744

JUVENILE

☐ TRAFFIC- YOU WILL BE NOTIFIED BY THE JUVENILE TRAFFIC COURT BY LETTER WHEN TO APPEAR. THEY WILL CONTACT YOU. DO NOT CONTACT THEM.

☐ MISDEMEANOR- YOU WILL BE NOTIFIED BY THE JUVENILE COURT DEPARTMENT BY LETTER WHEN TO APPEAR. THEY WILL CONTACT YOU. DO NOT CONTACT THEM.

SPD 109 (REV. 3-93)

**SEE REVERSE SIDE FOR INSTRUCTIONS**

FORM APPROVED BY JUDICIAL COUNCIL OF CALIFORNIA REV. 1-1-90 V.C. 40500, 40513(b), 40522 P.C. 853.9

ORIGINAL

A01802586

Exhibit #5

# Superior Court of California
# County of Sacramento

720 Ninth Street
Sacramento CA 95814

This letter is confirmation that the annexed instrument (inclusive) is a correct copy of the original on file in the Sacramento Superior Court file.

Sacramento Superior Court in and for the County of Sacramento, State of California.

CASE NAME *BAILEY, LARRY EDWARD*

CASE NUMBER *95F06199*

ATTEST CERTIFIED DATE *3/23/2007*

BY Sharon Ferris DEPUTY CLERK

TOTAL NUMBER OF PAGES 83

720 Ninth Street • Criminal/Civil Records • Sacramento, CA 95814
TELEPHONE (916) 874-5664 FAX (916)874-5721

CR-282 (revised 01/01/06)

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date : AUG 1 6 2007

To : Bailey, L. E12046
C2-135L

Subject: FEDERAL / STATE COURT FILING

In response to your inquiry regarding your court certified documents, we can only supply you with the date and time that the forms were sent from the Accounting Office to the Mailroom for mailing.

DATE: 8/17/07

TIME: 9:00 AM

If you have any questions, you will need to contact your Counselor.

SHEILA DAWSON
Accountant I Supervisor

C.S.P.
Larry E. Bailey E-12046
Fac. "C" Bldg. #2-135
P.O. Box 921
Imperial, Calif. 92251
GENERATED FROM
CENTINELA STATE PRISON
UNITED STATES POSTAGE
02 1A
$01.98
0004365231
AUG 17 2007
MAILED FROM ZIP CODE 92251
RECEIVED
Clerk of the United States District Court
For the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, Calif. 94102
LEGAL MAIL
CONFIDENTIAL