FILED
07 AUG 23 PM 4:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Larry Edward Bailey
                          Plaintiff,
vs.

                          Defendant.

CASE NO. C 07 4373 SBA (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Larry E. Bailey, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A_____ Net: __N/A_____

Employer: __N/A_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  I was a fire watchman at the Ripway
5  Hotel on 12th street in Sacramento
6  Calif. in 1992

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.   Business, Profession or                    Yes ___ No  X
10         self employment
11    b.   Income from stocks, bonds,                 Yes ___ No  X
12         or royalties?
13    c.   Rent payments?                             Yes ___ No  X
14    d.   Pensions, annuities, or                    Yes ___ No  X
15         life insurance payments?
16    e.   Federal or State welfare payments,         Yes ___ No  X
17         Social Security or other govern-
18         ment source?  NO

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.    Are you married?                            Yes ___ No  X
24  Spouse's Full Name: DEVORCED
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

1   b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

*None*

5. Do you own or are you buying a home?   Yes ___ No _X_
Estimated Market Value: $_____ Amount of Mortgage: $_____
6. Do you own an automobile?   Yes ___ No _X_
Make _____ Year _____ Model _____
Is it financed? Yes ___ No ___ If so, Total due: $ _____
Monthly Payment: $ _____
7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
Name(s) and address(es) of bank: _____

Present balance(s): $ _____
Do you own any cash? Yes ___ No _X_ Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No _X_

8. What are your monthly expenses?
Rent: $ _____ Utilities: _____
Food: $ _____ Clothing: _____
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_None_

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_
Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_8-15-07_                     _Larry E. Bailey_
DATE                          SIGNATURE OF APPLICANT

If you are a prisoner you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Bailey, L.__
(NAME OF INMATE)

__E12046__
(INMATE'S CDC NUMBER)

has the sum of $ __0__ on account to his/her credit at

__Centinela State Prision__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0__

to his/her credit according to the records of the aforementioned institution. I further certify that during the past six months the applicant's *average monthly balance* was $ __4.35__,

and the *average monthly deposits* to the applicant's account was $ __0__.

**ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).**

AUG 1 6 2007
DATE

*V. Richards*
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Victoria Richards__
OFFICER'S FULL NAME (PRINTED)

__Account Clerk II__
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form MUST be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, _Larry E. Bailey E-12046_, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_8-15-07_
DATE

_Larry E. Bailey_
SIGNATURE OF PRISONER

CIV-67 (Rev. 9/97)                    -5-                    K:\COMMON\FORMS\CIV-67.

```
 08/16/2007  10:29    5606              SVSP ACCOUNTING                    PAGE  02/02
```

EPORT ID: TS3030

REPORT DATE: 08/16/07
PAGE NO:    1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAR. 01, 2007 THRU AUG. 16, 2007

CCOUNT NUMBER : E12046
CCOUNT NAME   : BAILEY, LARRY EDWARD
RIVILEGE GROUP:

BED/CELL NUMBER:
ACCOUNT TYPE: T

### TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 3/01/2007 | | BEGINNING BALANCE | | | | | 11.54 |
| 3/06 | *VD54 | INMATE PAYROL | 2446 | P2/07 | 5.04 | | 16.58 |
| 3/19 | FC03 | DRAW-FAC 3 | 2573 | C3 | | 16.58 | 0.00 |
| 4/05 | *VD54 | INMATE PAYROL | 2762 | P3/07 | 8.19 | | 8.19 |
| 4/17 | W536 | COPAY CHARGE | 2896 | COPAY | | 5.00 | 3.19 |
| 6/01 | W516 | LEGAL COPY CH | 3369 | LCOPY | | 3.19 | 0.00 |
| 6/06 | *VD54 | INMATE PAYROL | 3415 | P4/07 | 1.26 | | 1.26 |
| 6/18 | W516 | LEGAL COPY CH | 3574 | LCOPY | | 1.26 | 0.00 |

### * RESTITUTION ACCOUNT ACTIVITY

ATE SENTENCED: 02/13/96
JUNTY CODE: SAC

CASE NUMBER: 95F06199
FINE AMOUNT: $ 10,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 3/01/2007 | | BEGINNING BALANCE | | 9,796.67 |
| 3/06/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 5.60- | 9,791.07 |
| 4/05/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 9.10- | 9,781.97 |
| 6/06/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 1.40- | 9,780.57 |

```
* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

### TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 11.54 | 14.49 | 26.03 | 0.00 | 0.00 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Frances Taylor_
TRUST OFFICE
8-15-07

CURRENT AVAILABLE BALANCE

0.00

```
REPORT ID: TS3030                                           REPORT DATE: 08/16/07
                                                            PAGE NO:            1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CENTINELA STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: MAR. 01, 2007 THRU AUG. 16, 2007

ACCOUNT NUMBER  : E12046
ACCOUNT NAME    : BAILEY, LARRY EDWARD              BED/CELL NUMBER: FCB2T1000000135L
PRIVILEGE GROUP : A                                 ACCOUNT TYPE: I

                            TRUST ACCOUNT ACTIVITY

                << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                          CURRENT HOLDS IN EFFECT
  DATE          HOLD
  PLACED        CODE        DESCRIPTION              COMMENT       HOLD AMOUNT
  ------        ----        -----------              -------       -----------
  08/14/2007    H114    COPAY FEE, MED.             1008 M8/14          5.00
  08/16/2007    H118    LEGAL COPIES HOLD           1071 8/15           2.30
  08/16/2007    H109    LEGAL POSTAGE HOLD          1067 8/15           0.15

                           TRUST ACCOUNT SUMMARY
  BEGINNING      TOTAL        TOTAL       CURRENT        HOLDS        TRANSACTIONS
  BALANCE       DEPOSITS    WITHDRAWALS   BALANCE       BALANCE       TO BE POSTED
  ---------     --------    -----------   -------       -------       ------------
    0.00         0.00          0.00        0.00          7.45             0.00


                                                                    CURRENT
                                                                    AVAILABLE
                                                                    BALANCE
                                                                    ---------
                                                                       7.45-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _V. Richards_  8/16/07
TRUST OFFICE