1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JULIET B. HALEY
   Deputy Attorney General
6  State Bar No. 162823
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5960
8    Fax: (415) 703-1234
   Attorneys for Respondent
9
                    IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13  **LARRY EDWARD BAILEY,**                         C 07-04373 SBA (PR)

14                                     Petitioner,   **MOTION TO TRANSFER
                                                     VENUE TO DISTRICT OF**
15        **v.**                                     **CONVICTION**

16  **V. M. ALMAGER, Warden,**

17                                     Respondent.

18

19        Pursuant to Habeas L.R. 2254-3, Respondent hereby asks this Court to transfer the

20  above-entitled habeas corpus action to the Eastern District of California.

21        According to the petition, petitioner was convicted of burglary and sentenced to fifty-six

22  years to life by the Sacramento Superior.  He is currently incarcerated at Centinela State Prison.

23        The petition challenges the lawfulness of the conviction pursuant to 28 U.S.C. § 2254.

24  The Northern District of California is the wrong venue for such an action.  *See* Habeas L.R.

25  2254-3(a)(1) (listing counties of conviction for which Northern District venue is proper).  If a habeas

26  petition is filed in the wrong district, venue "shall" be transferred to "the district of conviction or

27  sentencing."  Habeas L.R. 2254-(b)(1).  Accordingly, we ask this Court to vacate the Order to Show

28  Cause and transfer the case to the Eastern District of California for assignment.

    Motion To Transfer To Correct Venue - *Bailey v. Almager* - C 07-04373 SBA (PR)
                                            1

1

2          Dated:  February 14, 2008

3                              Respectfully submitted,

4                              EDMUND G. BROWN JR.
                             Attorney General of the State of California

5                              DANE R. GILLETTE
                             Chief Assistant Attorney General
6
                             GERALD A. ENGLER
7                              Senior Assistant Attorney General

                             PEGGY S. RUFFRA
8                              Supervising Deputy Attorney General

9                              /s/ Juliet B. Haley

10
                             JULIET B. HALEY
11                             Deputy Attorney General

                             Attorneys for Respondent
12

13  JBH:jw
    40218209.wpd

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion To Transfer To Correct Venue - *Bailey v. Almager* - C 07-04373 SBA (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Larry Edward Bailey v. V. M. Almager, Warden**

No.:    **C 07-04373 SBA (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 14, 2008</u>, I served the attached

**MOTION TO TRANSFER VENUE TO DISTRICT OF CONVICTION**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Larry E. Bailey**
**E-12046**
**Centinela State Prison**
**Facility C Building #2-135**
**P.O. Box 921**
**Imperial, CA 92251**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 14, 2008, at San Francisco, California.

<table>
<tr><td>J. Wong</td><td></td></tr>
<tr><td>Declarant</td><td>Signature</td></tr>
</table>

40218456.wpd