1  NAME. Larry Edward Bailey E-12046
2  ADD. Fac. "C" Bldg. #4-121
3  P.O. Box 921
   Imperial, Calif. 92251
4  CDC# E-12046
5  PROPRIA PERSONA

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION



Larry Edward Bailey,
         Petitioner,

V.

V. M. ALMAGER, Warden,
         Respondent.

CASE NO. C-07-04373 SBA (PR)
[OPPOSITION]
MOTION TO TRANSFER
VENUE TO DISTRICT OF
CONVICTION

Petitioner Bailey asserts that the Attorney General has stated pursuant to Habeas L.R. 2254-3, "L.R. Larry Bailey". Respondent hereby asks this court to transfer the above-entitled habeas corpus action to the Easter District of California.

Because petitioner Bailey is challenging the lawfulness of the conviction pursuant to 28 U.S.C. § 2254. Contrary to the issues at hand, the Attorney General CONTEST the Jurisdiction, stating the Northern District of California is the WRONG Venue for such action.

REBUTTAL

Petitioner Bailey sets forth the fact of the Northern District of California (Oakland), has considered and in its Authoriated position as Jurist.

Furthermore, the Northern District has based its decisional law, for the ATTORNEY GENERAL to respond to the MERITS set forth in petitioner Bailey HABEAS CORPUS order to show cause (OSC) within the reasonable time limit. Instead, the Attorney General states if a habeas petition is filed in the wrong district, VENUE "shall" be transferred to "the district of conviction or sentencing.

Also, respondent ask this Court to vacate the order to show cause and transfer the case to the Eastern District of California for assignment.

Finally, petitioner Bailey declares that from the time the Habeas Corpus was filed in the Northern District, Judge or Magistrate, not one time "STIPULATED" or tried to RECTIFY the PROPER JURISDICTION thereof, for petitioner Bailey to CORRECTLY send to that Court. And that the Attorney General is advertantly "DELAYING" from answering to the MERITS and PRIMA FACIE of the Legal, but unauthorized sentence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed 2-25-08               [signature]
                                Petitioner Signature

(2).

1   Dated this 25th day of Feb., 2008 at

2

3   Respectfully submitted,

4

5

6   *[signature]*
    Defendant
7   In proper person

8

9

10  **VERIFICATION**

11

12  I, *[signature]* Larry E. Bailey, am the Defendant in the within cause of action. I have read the foregoing statements and declare under the penalty of perjury that
13  they are true and correct, as based upon my or personal knowledge, belief and
14  understanding of the laws of this State.

15  Executed this 25th day of Feb, 2008 at

16  _____, located in the Township of

17  County of _____, State of California, pursuant to the provisions of California
18  Penal Code §446 and §2015.5.

19  Office of the clerk, U.S. District Court
20  Northern District of Calif.
21  1301 Clay St. Suite 400 S                *[signature]*
22  Oakland, Calif. 94612 —                  Defendant
23  5212                                     In proper person

24

25

26

C.S.P.
Larky G. Bailey G-72046
Fac. C, Bldg. #4-121
P.O. Box 921
Imperial, Calif. 92251



GENERATED FROM
CENTINELA STATE PRISON

02 1A
0004365231
MAILED FROM ZIP CODE 92251

UNITED STATES POSTAGE
$ 00.41⁰
PITNEY BOWES
FEB 25 2008

Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay St. Suite 400S
Oakland, California 94612-5212

Legal Mail