IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY EDWARD BAILEY,

Petitioner,

v.

V.M. ALMAGER, Warden,

Respondent.
_____/

No. C 07-04373 SBA (PR)

**ORDER OF TRANSFER**

Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus. In an Order dated January 17, 2007, the Court granted Petitioner leave to proceed in forma pauperis status and issued an Order to Show Cause.

Before the Court is Respondent's Motion to Transfer Venue to the District of Conviction (docket no. 4). Respondent also asks the Court to vacate the Order to Show Cause.

Federal statute allows "the Supreme Court, any justice thereof, the district courts and any circuit judge" to grant writs of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241(a). A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a State court is properly filed in either the district of confinement or the district of conviction. Id. § 2241(d). Where a case is filed in the wrong venue, the district court has the discretion to transfer it to the proper federal court "in the interest of justice." See 28 U.S.C. § 1406(a).

Here, Petitioner challenges a conviction and sentence incurred in Sacramento County Superior Court, which is in the venue of the Eastern District of California. See 28 U.S.C. § 84. Accordingly, that is the proper venue for this action.

Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court is ordered to TRANSFER this action forthwith to the United States District Court for the Eastern District of California.

Accordingly, Respondent's Motion to Transfer Venue to the District of Conviction (docket no. 4) is GRANTED. However, the Court DENIES Respondent's request to vacate its January 15,

1  2008 Order to Show Cause. All proceedings in this action will be stayed pending the Eastern
2  District court's review of this action after it has been transferred.
3      This Order terminates Docket no. 4.
4      IT IS SO ORDERED.
5  DATED: 3/4/08

   *Saundra B Armstrong*
   SAUNDRA BROWN ARMSTRONG
   UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1
2  UNITED STATES DISTRICT COURT
3  FOR THE
4  NORTHERN DISTRICT OF CALIFORNIA
5
6
7  LARRY EDWARD BAILEY,                        Case Number: CV07-04373 SBA
8              Plaintiff,                     **CERTIFICATE OF SERVICE**
9     v.
10 V M ALMAGER et al,
11             Defendant.
                                          /
12
13 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
14
   That on March 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies)
15 in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in
   the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's
16 office.
17
18
19 Larry E. Bailey E-12046
   Centinela State Prison
20 Facility C Building #2-135
   P.O. Box 921
21 Imperial, CA 92251
22 Dated: March 5, 2008
                                          Richard W. Wieking, Clerk
23                                        By: LISA R CLARK, Deputy Clerk
24
25
26
27
28

P:\PRO-SE\SBA\HC.07\Bailey4373.transfer.wpd 3