UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

March 10, 2008



District Clerk,
U.S. District Court, Eastern District of CA (Sacramento)
4-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2133

2:08 - CV - 0548 LKK CMK HC

RE: CV 07-04373 SBA  LARRY EDWARD BAILEY-v-V M ALMAGER

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

  ☒ Certified copy of docket entries.

  ☒ Certified copy of Transferral Order.

  ☒ Original case file documents.

  ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Jessie Mosley
Case Systems Administrator

**RECEIVED**
MAR 1 1 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

Enclosures
Copies to counsel of record